IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND ALFORD BRADFORD,

    Petitioner,                    No. CIV S-06-0876 LKK KJM P

    vs.

JEANNE WOODFORD,                ORDER AND

    Respondent.              FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  He has now filed with an application to proceed in forma pauperis.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be granted.  See 28 U.S.C. § 1915(a).

        In the order of July 12, 2006, the court informed petitioner that it could not determine whether petitioner would be entitled to relief if he proved the allegations of his petition, because he challenged the loss of conduct credit as the result of 250 disciplinary hearings.  The court directed him to provide sufficient detail for the court to determine whether

/////

1

petitioner's constitutional rights were violated in connection with a specifically described hearing.  Jones v. Gomez, 66 F.3d 199, 205 (9th Cir.1995).  7/12/06 Order at 2.

Petitioner has now filed an amended petition, which repeats his blanket claim that all 250 disciplinary hearings were the result of official belief that he was malingering when in fact he had deep vein thrombosis.  He also alleges that at all the hearings, he was not provided a staff assistant, allowed to attend, or permitted to call witnesses.  Moreover, he alleges that he was sedated at all of the proceedings and could not understand the charges against him.  Once again, he provides a broad claim of the denial of rights, covering all 250 hearings.

The court cannot evaluate his petition because petitioner has made no attempt to provide information on specific hearings.  Indeed, the court cannot even determine whether this case is properly heard in this division rather than in the Fresno division of this court.   Moreover, to the extent plaintiff has provided documentary evidence, the evidence suggests that at least some of his disciplinary hearings were based on his assaultive behavior rather than on an unsupported official belief that he was a malingerer.  See Pet. at 15 (report from Classification Committee).

IT IS HEREBY ORDERED that petitioner is granted leave to proceed in forma pauperis.

/////
/////
/////
/////
/////
/////
/////
/////
/////

1  IT IS HEREBY RECOMMENDED that petitioner's application for a writ of
2 habeas corpus be dismissed.

3  These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
5 after being served with these findings and recommendations, petitioner may file written
6 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
7 Findings and Recommendations."  Petitioner is advised that failure to file objections within the
8 specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
9 F.2d 1153 (9th Cir. 1991).

10 DATED:  December 1, 2006.

_____
U.S. MAGISTRATE JUDGE

13 2 brad0876.156