1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RAYMOND ALFORD BRADFORD,

11              Petitioner,                    No. CIV S-06-0876 LKK KJM P

12        vs.

13   JEANNE WOODFORD,

14              Respondent.              <u>ORDER</u>

15   _____/

16              Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of

17   this court's December 22, 2006 denial of his application for a writ of habeas corpus.  Before

18   petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c);

19   Fed. R. App. P. 22(b).

20              A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the

21   applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C.

22   § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues

23   satisfy the required showing or must state the reasons why such a certificate should not issue.

24   Fed. R. App. P. 22(b).

25   /////

26   /////

1

For the reasons set forth in the magistrate judge's December 4, 2006 findings and recommendations, petitioner has not made a substantial showing of the denial of a constitutional right.  Accordingly, a certificate of appealability should not issue in this action.

IT IS SO ORDERED.

DATED:  March 15, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT